**Order entered October 18, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00210-CV

### KIRK LAUNIUS, Appellant

### V.

### DIANA FLORES, IN HER OFFICIAL CAPACITY AS PRESIDING OFFICER, CHAIR OF TRUSTEES, OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08429**

### ORDER

We **REINSTATE** this appeal.

By order dated September 21, 2021, we abated the appeal and ordered the trial court to conduct a hearing and make written findings concerning the accuracy of the reporter's record. Prior to the scheduled hearing, the court reporter notified the trial court and the attorneys that she had corrected the reporter's record to include the omitted testimony and exhibit and "stated what the typographical error

was alleged and then stated the number." The corrected reporter's record has been filed. On October 12, 2021, we received the trial court's written findings.[1] The trial court found that the reporter's record, as corrected, is accurate. We **ADOPT** the trial court's findings.

Appellee shall file her brief on the merits **WITHIN TEN DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Dallas County District Clerk Felicia Pitre and all parties.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE

---

[1] Per this Court's September 21, 2021 order, a supplemental clerk's record with the trial court's "Findings on Reporter's Record" remains due October 21, 2021.